UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC. | ) | Case No.: 13-90942 |
| | ) | |
| Debtor. | ) | |

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF FIRST MIDWEST BANK AND CONFIRMING SCOPE OF AUTHORITY**

Angela E. Major Hart, having first been duly sworn, says as follows:

1. I am employed by First Midwest Bank ("FMB"), which maintains offices at, among other locations, 24509 W. Lockport Street, Plainfield, IL 60544.

2. To the best of my knowledge, neither I nor any partner, associate or professional employee of FMB own or represent any interests materially adverse to the estate of the Debtor. Moreover, to the best of my knowledge, other than as disclosed below, FMB has no present connection with the Debtor's estate, its creditors or any other party-in-interest in this cases.

3. FMB represents no interest adverse to the Debtor related to its role as Custodian. FMB does hold an unsecured claim against the Debtor related to its pre-bankruptcy services as Custodian

4. Accordingly, FMB is a disinterested person within the meaning of 11 U.S.C. § 101.

5. During the period that FMB acts as Custodian for this estate, FMB will not hold any interest adverse to the estate and will not cease to be a disinterested person as defined in 11 U.S.C. § 101.

6. Subject to this Court's approval and in accordance with Section 330 and 331 of the Bankruptcy Code,

**EXHIBIT A**

7.      Subject to Court approval, and in accordance with section 330(a) of the Bankruptcy Code, FMB seeks to be employed on an hourly fee basis at its rates for similar employment, plus reimbursement of all actual and necessary expenses incurred by FMB including telephone charges, mailings or delivery charges, photocopying, and travel.

8.      The professionals within FMB who may have some role in fulfilling FMB's duties as Custodian and their current standard hourly rates are as follows:

- Angela Hart, Esq., an attorney with more than a decade of experience in business representation and administration - $250/hour;
- Michele Morgan, CTFA, an officer with more than twenty years of fiduciary experience - $250/hour;
- Rebecca Little, Esq., an attorney and accountant with approximately a decade of experience - $250/hour;
- Barbara Danaher, an officer with approximately twenty years of experience in wealth management - $250/hour;
- Kimberly Klonicki CPA, an accountant with more than a decade of experience in business accounting - $125/hour;
- Tanya White, an accountant with approximately fifteen years of experience in business accounting and tax return preparation - $125/hour;
- Debbie Ritke, an assistant with significant real property experience as a realtor, lender and title industries - $125/hour; and
- Kelly Griffin, an assistant with almost twenty years of wealth management experience - $125/hour.

9.      By reason of the foregoing, I submit that FMB is eligible for employment and retention as Custodian pursuant to Sections 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure

Further Affiant saith not.

Dated:  August 15, 2013            /s/ Angela E. Major Hart
                                   Angela E. Major Hart