United States Bankruptcy Court
Central District of Illinois

In re:                                                                  Case No._____

Debtor(s)                                                               Chapter ____

**NOTICE OF INTENT TO SELL**

_____ hereby gives notice of intent to sell the following property:

_____

*Choose one of the following*:
    at Public Sale Date: _____
                      Time: _____
                     Place: _____
                             _____

    at Private Sale to:     _____
                                    _____

For the Amount of: _____
Terms of Sale:      _____
                      _____
                      _____
                      _____
                      _____
                      _____
                      _____
                      _____

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If no objections are filed with the Clerk of the U.S. Bankruptcy Court at 226 U.S. Courthouse, 600 East Monroe, Springfield, IL 62701 to this Notice of Intent to Sell on or before _____, an order may be entered authorizing this sale.** Go to **www.ilcb.uscourts.gov** for information regarding this court's **mandatory** electronic filing policy.

Date:_____         Name: _____
                                        Address: _____
                                                  _____

## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GOLD'S GYM OF SPRINGFIELD, INC., | ) | No.: 14-70556 |
| | ) | Chapter 11 |
| Debtor. | ) | |

### EXHIBIT B
### LIST OF LIEN HOLDER'S PER DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT DATED DECEMBER 9, 2014

Illini Bank
c/o Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, IL 61602

Core Industries
4400 NE 77th Ave., Ste 300
Vancouver, WA  98662-0000

Carroll Seating Company
c/o Brocksmith & Brocksmith
40 Skokie Boulevard, Suite 400
Northbrook, IL  60062-0400

Sangamon County Treasurer and
Sangamon County Clerk
200 South 9th Street, Room 102
Springfield, IL  62701-1961

US Bank NA
dba US Bank Equipment Finance
1310 Madrid Street
Marshall. MN  56258-4099