UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| EARL GAUDIO & SON, INC., | ) |
| | ) Case No. 13-90942 |
| Debtor. | ) |

### FINAL APPLICATION OF MEDIATOR FOR ALLOWANCE OF COMPENSATION

The law firm Benesch, Friedlander, Coplan & Aronoff, LLP, on behalf of its retired Partner, David H. Kleiman, Esq. (the "Mediator"), for the *Final Application of Mediator for Allowance of Compensation* (the "Final Application"), respectfully states the following:

### Factual Background and Jurisdiction

1. On July 19, 2013 (the "Petition Date"), the above-captioned Debtor, Earl Gaudio & Son, Inc. (the "Debtor") commenced its case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On September 5, 2018, this Court entered the *Agreed Order Approving First Amended Disclosure Statement and Confirming First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc. Dated May 11, 2018* (the "Confirmation Order") (Doc. 833).

3. Under *the First Amended Chapter 11 Plan of Liquidation of Earl Gaudio & Son, Inc.* (the "Plan"), First Midwest Bank in its capacity as Custodian of the Debtor (the "Custodian") is the representative of the Debtor's estate.

4. This Court has jurisdiction over this Final Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. And this matter is a core proceeding pursuant to 28 U.S.C § 157.

5. The Court has authority to grant the relief requested in this Final Application pursuant to 11 U.S.C §§ 327 and 330.

6. On May 5, 2015, this Court entered an *Order Granting Debtor's Application for Order Approving Employment of Mediator* (the "Retention Order") (Doc. 321), effective *nunc pro tunc* as of the date of the filing of the *Application for Order Approving Employment of Mediator* (Doc. 304), as amended by the *Amendment to Application for Order Approving Employment of Mediator* (Doc. 306) (collectively the "Employment Application"), wherein the Court authorized the employment of David H. Kleiman, Esq. ("Kleiman") of Benesch, Friedlander, Coplan & Aronoff, LLP (the "Firm") as the Mediator for *Earl Gaudio & Son, Inc. v. Gaudio, et al.*, Adversary Proceeding 14-09010 (the "Adversary Proceeding"), pursuant to the terms of the engagement letter (the "Engagement Letter") attached as Exhibit A to the Employment Application.

7. On December 23, 2015, Kleiman, as Mediator, filed his *First Interim Application for Allowance of Compensation for the Period From March 31, 2015 to May 18, 2015* (the "First Application") (Doc. 424) seeking interim approval of one-half of the total fees incurred by Kleiman in this matter from April 9, 2015 to May 28, 2015 (the "Fee Period"), in the amount of $4,625.00 (the "Fee Amount"), which is the total amount payable by the estate under the terms of the Engagement Letter (the other half of the total amount of fees of $9,250.00 being payable by the other parties to the mediation, the defendants to the Adversary Proceeding (Eric Gaudio, Dennis Gaudio, 1803 LLC and Gaudio Diversified Ventures LLC, billed in care of their counsel).

8. No objections to the First Application were filed.

9. On February 2, 2016, the Court entered an *Order Granting First Interim Application of Mediator David H. Kleiman, Esq. for Allowance of Compensation* (the "First Interim Order") (Doc. 452) granting the First Application in its entirety, allowing the requested

2

fees of Kleiman in the Fee Amount on an interim basis, and authorizing the Debtor to pay Kleiman the Fee Amount as interim compensation for mediation services. The Debtor has made such payment.

10. No additional fees or expenses were incurred by Kleiman since the First Application; Kleiman's services are complete (and were complete prior to the filing of the First Application); and this is the final application seeking final approval of the Fee Amount.

11. Kleiman is retired and the Firm no longer maintains an Indianapolis office, but the Firm submits this Final Application, as set forth below.

### Request for Final Allowance of Fees

12. By this Final Application, the Firm, on behalf of the Mediator, seeks final approval of the Fee Amount incurred by and paid to the Mediator in this matter for the services provided during the Fee Period as described in the First Application. The Mediator's services included, but were not limited to, scheduling the mediation, reviewing pleadings and related documents in preparation for the mediation, providing mediation procedures to counsel, attending and presiding as mediator for one six-hour day of mediation, reviewing financial statements, and preparing correspondence to counsel. These services, which are itemized on Exhibit A to the First Application, were reasonable and beneficial to the estate, were not objected to by any party, and were previously approved by this Court on an interim basis.

13. The Firm submits that, pursuant to Section 330 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Retention Order, the Firm, on behalf of the Mediator, is entitled to final allowance of the fees set forth in the First Application.

I\12846016.5

WHEREFORE, the Firm, on behalf of the Mediator, requests that the Court enter an Order approving this Final Application, the Fee Amount, and the Debtor's prior payment thereof on a final basis and granting such other relief as is just and proper.

Dated: October 5, 2018

Respectfully submitted,

BENESCH FRIEDLANDER, COPLAN & ARONOFF, LLP

By: /s/ David W. Mellott
David W. Mellott
General Counsel
200 Public Square
Suite 2300
Cleveland, OH 44114
216.363.4465 – telephone
*For the Mediator*

The undersigned files the foregoing Final Application as an accommodation, not as counsel, to the Firm.

ICE MILLER LLP

By: /s/ Tyson A. Crist
Tyson A. Crist
250 West Street
Columbus, OH 43215
614-462-2243 – Telephone
614-224-3266 – Facsimile
Tyson.Crist@icemiller.com
*Counsel to the Debtor*

4

I\12846016.5

## CUSTODIAN CERTIFICATION

I hereby certify, as a representative of First Midwest Bank, as Custodian for Earl Gaudio & Son, Inc., the Debtor herein, that I have reviewed the foregoing *Final Application of Mediator for Allowance of Compensation*, dated October 5, 2018, and that the Custodian approves the same.

Date: October 17th, 2018

First Midwest Bank, as Custodian for
Earl Gaudio & Son, Inc.

By: *[signature]*
Its: Vice President