**IT IS SO ORDERED.**

**SIGNED THIS: November 15, 2018**

_____
            **Mary P. Gorman**
**United States Chief Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

In re:      EARL GAUDIO & SON, INC.,                    Case No.        13-90942

                        Debtor.                    Chapter 11

**<u>ORDER</u>**

The following having been filed:

1) Second and Final Application of Accountant Wermer, Rogers, Doran & Ruzon, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period October 10, 2013, to September 5, 2018, and the Prior Period (#872)

2) Fourth and Final Application of Ice Miller LLP, Counsel to the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 16, 2017, to September 5, 2018, and Final Application for Allowance and Payment for All Prior Periods (#880)

3)   Fourth and Final Application of First Midwest Bank, Custodian for the Debtor, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2018, to September 5, 2018, and Final Application for Allowance and Payment for All Prior Periods (#881)

4)   Limited Objection to the Second and Final Application of Accountant Wermer, Rogers, Doran & Ruzon, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period October 10, 2013, to September 5, 2018, Filed by the Official Unsecured Creditors' Committee (#898)

5)   United States Trustee's Objection to Fourth and Final Fee Application of Ice Miller (#899)

6)   Joint Consolidated Objection to the Fourth and Final Fee Applications of Ice Miller LLP, Counsel for the Debtor, and First Midwest Bank, Custodian for Debtor (#900) filed by the Official Committee of Unsecured Creditors and the United States of America on behalf of the Small Business Administration

IT IS ORDERED THAT:

| Matter | Action |
| --- | --- |
| 1-6. | Ice Miller LLP, First Midwest Bank, and Wermer, Rogers, Doran & Ruzon, LLC, may respond to the objections filed in opposition to their respective applications no later than December 6, 2018. The applications will be under advisement thereafter. |

Go to *www.ilcb.uscourts.gov* for information regarding
this court's mandatory electronic filing policy.

###